THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Amos L. Cureton, Appellant.
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2011-UP-356
Submitted June 1, 2011  Filed June 30, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant. 
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor William W. Wilkins, III, of Greenville, for Respondent. 
 
 
 

PER CURIAM: Amos L. Cureton appeals his conviction and sentence for assault and battery with intent to kill, arguing the trial court erred in denying
his motion for a directed verdict.  Cureton also submitted a pro se brief.  After thoroughly reviewing the record and briefs pursuant to Anders v.
California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1]
Cureton's appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED. 
FEW, C.J., HUFF and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.